UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Herron | ) |
| | ) |
| | ) Case No. 21-cv-05224 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge: Franklin U. Valderrama |
| | ) |
| Firstsource Advantage, LLC | ) Magistrate: Jeffrey Cole |
| | ) |
| | ) |
| | ) |
| | ) **NOTICE OF SETTLEMENT** |
| Defendant. | ) |

Now comes Plaintiff, by and through counsel, and hereby advises this Court that parties have reached Settlement on this matter and expect it to be Dismissed with Prejudice by December 10, 2021.

**RESPECTFULLY SUBMITTED,**

Suburban Legal Group, PC

By: /s/ John P. Carlin
John P. Carlin, Esq.
Suburban Legal Group, PC
1305 Remington Road, Suite C
Schaumburg, Il 60173
Tel: 847-843-8600
Fax: 847-843-8605
jcarlin@suburbanlegalgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 28, 2021, a copy of the foregoing Notice was filed electronically. The following party was served via email.

**James L. Duke**
**General Counsel, Collections**



**Tel: (716) 564 4349 | Fax: (716) 213 5195 | james.duke@na.firstsource.com**
Firstsource Advantage, LLC | 205 Bryant Woods South, Amherst, NY 14228. USA |
**www.firstsource.com**